FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUN 26 AM 10: 05

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARNELL D. COLLINS,

    Petitioner,

v.                         CIVIL ACTION NO.: CV612-102

JOHN T. JEANES,

    Respondent.

## ORDER

Following three extensions of time, Petitioner Darnell Collins ("Collins") filed a document titled "Re: Magistrate Judges Report and Recommendation Motion to Correct Void Sentence O.C.G.A. 17-9-4 & Rule 60b Relief From a Order Federal Civil Criminal." (Doc. No. 35). The Court construes this most recent filing as Collins' Objections to the Magistrate Judge's Report dated March 22, 2013, (Doc. No. 28). That report recommended that Respondent's Motion to Dismiss be granted and that Collins' § 2254 petition be dismissed. After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Collins raises no new arguments in his objections, only stating "Petitioner has written issues to be evaluated showing proved merit." (Doc. No.35, p. 2).

AO 72A
(Rev. 8/82)

Collins' Objections are conclusory and without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Collins' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of July, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA